UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § 1:06-CR-073-P |
| v. | § |
| | § |
| | § |
| JOSEPH GUERRERO HERNANDEZ (1) | § |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and Recommendation in this case. Objections were not filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge regarding the prison term of five (5) months on each count to run consecutively and an additional term of supervised release of twenty-six (26) months on each count to run concurrently.

SO ORDERED this 9th day of September, 2015.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE